Glouster State Bank, appellee, v. Henry W. Horst Company, appellant. Gen. No. 8,072.

Opinion filed September 24, 1929.
Rehearing denied December 10, 1929.
Benj. D. Farrar and Sweeney, Eagle & McNamara, for appellant; Benj. D. Farrar and Edw. L. Eagle, of counsel. Connelly, Weld, Walker & Searle and Albert M. Crampton, for appellee; Franklin P. Searle, of counsel.
Mr. Justice Jones delivered the opinion of the court.

Ida M. Hinkle, appellee, v. Block & Kuhl Company, appellant. Gen. No. 8,076.

Opinion filed September 24, 1929. Rehearing denied October 16, 1929.
Miller, Elliott & Westervelt, for appellant; Frank T. Miller, of counsel. John E. Cassidy, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Frank E. Oursler et al., appellants, v. Marvin Gustafson et al., trading as Johnson & Johnson, appellees. Gen. No. 8,080.

Opinion filed September 24, 1929.
Frank M. Ryan, for appellants. Garrett & Fell, for appellees.
Mr. Justice Jones delivered the opinion of the court.

Walter E. Heller and Armand S. Deutsch, trading as National Traders Finance Company, appellants, v. George V. Andrew, appellee. Gen. No. 8,041.

Opinion filed October 1, 1929.
James J. McCauley, for appellants. Vincent S. Lumley, for appellee.
Mr. Justice Jones delivered the opinion of the court.